





Case 0:23-cr-60005-RS   Document 105-1   Entered on FLSD Docket 10/29/2023   Page 4 of 47

















Case 0:23-cr-60005-RS Document 105-1 Entered on FLSD Docket 10/29/2023 Page 12 of 47



**Spoon Foundation**
Page 13
July 23, 2020 · 🌐

Spoon Foundation Donate 100 bags of 25kg Rice to District #5 for needed residents...





👍❤️ 11

**Spoon Foundation**
December 3, 2020 · 🌐

The International Day of Persons with Disabilities (IDPD) is annually observed on 3 December to promote the full and equal participation of persons with disabilities and to take action for the inclusion of persons with disabilities in all aspects of society and development. Spoon Foundation supports this year's theme that states "Building Back Better: toward a disability-inclusive, accessible and sustainable post COVID-19 World".



**Spoon Foundation** is sharing a COVID-19 Update.
November 6, 2020 · 🌐

Page 15

Spoon Foundation supports Liberian families, workers, and the heroic healthcare providers in the battle against the COVID-19 outbreak. Spoon Foundation is distributing to hospitals and healthcare providers on the front lines of the coronavirus response. You can join us in our efforts by supporting our Liberian communities through CashApp $SpoonFoundation.





12

**Spoon Foundation** is sharing a COVID-19 Update.
Page 16
October 27, 2020 · 🌐

Spoon Foundation awareness campaigns have helped dispel misinformation about the corona virus while promoting precautionary measures like frequent hand washing and wearing masks. We continue to share this life-saving information across all districts in Liberia during small gatherings, where attendees observe strict social distancing and other prevention measures.







 8

1 comment

👍 Like          💬 Comment           Share

**Spoon Foundation**
Page 17
July 25, 2020 · 🌐

Spoon Foundation Donates to the Virginia School of the Deaf.



👍 13

**Spoon Foundation**
July 24, 2020 · 🌐

Spoon Foundation Donates to the United Blind Association of Liberia 🇺🇸.




 15

 Like           Comment          Share

**Spoon Foundation**
Page 19 · June 24, 2020 · 🌐

Spoon Foundation Donates to the Sharpe home care services.



👍 12

**Spoon Foundation**
July 23, 2020 · 🌐

Spoon Foundation Donate 100 bags of 25kg Rice to District #5 for needed residents...




👍❤️ 11

**Spoon Foundation**
Page 21
July 23, 2020 · 🌐

Spoon Foundation Donate 100 bags of 25kg Rice to District #8 for needed residents...



👍❤️ 10

**Spoon Foundation**
July 23, 2020 · 🌐

Spoon Foundation Donation of 100 bags of 25kg to district #9

👍❤️ 11



# SPOON TV LIVE
FEB 17, 2022

Case 0:23-cr-60005-RS Document 105-1 Entered on FLSD Docket 10/23/2023 Page 24 of 47



# SPOON TV LIVE

FEB 17, 2022



SPOON TV LIVE
FEB 17, 2022



SPOON TV LIVE

FEB 17, 2022



# SPOON TV LIVE
FEB 17, 2022

Page 28



# SPOON TV LIVE
## FEB 17, 2022















Page 35





Business    Features    General    Liberia news

# Emmanuel Tolue receives additional 10k



NewDawn ✉    •    October 27, 2021    🔥 418    🔖 2 minutes read

📷 Emmanuel Tolue

By Lincoln G Peters

Emmanuel Tolue, the teenager who found and returned US50,000 to the owner has received an additional 10,250 in cash reward from the Chief Executive Officer of the Spoon Group of Companies and focal moderator of the Spoon Talkshow, Mr. Stanton Witherspoon.

Tolue, an 18-year-old commercial motorcyclist from Nimba County, recently found and returned to Madam Musu Yancy, the rightful owner of US$50,000.00 while he was riding near the Gblor Dialla Township in Nimba County.

| | | | |
|---|---|---|---|
| | | $50.95 | $69.95 |
| | | $175.95 | $215.95 |
| | $193.95 | $175.95 | $79.95 |

Since then, Tolue has been receiving recognition and awards, some of which came from Liberia's President George Manneh Weah and other top officials and institutions here.

**Related Articles**



**US Customs seizes firearms and ammunition shipment to Liberia**
🕒 October 27, 2023



**RSF calls for investigation after 100 armed individuals attacked a Liberian daily newsroom, injuring two staff members**
🕒 October 27, 2023



**Gongloes divided**
🕒 October 27, 2023



**Defeated lawmaker packs out of Capitol**
🕒 October 27, 2023

10/28/23, 9:50 PM    Emmanuel Tolue receives additional 10k – New Dawn New Dawn Liberia – The Authoritative Voice for Ordinary People

Case 0:23-cr-60005-RS   Document 105-1   Entered on FLSD Docket 10/29/2023   Page 40 of 47

According to Emmanuel, while riding the bike he found the money wrapped in a plastic bag on the road. He opened the bag and saw US$50,000.00 cash and he took it to his aunt for safekeeping until the owner was located.

Presenting the cash on behalf of Mr. Witherspoon, the General Manager of Spoon Group of Companies Madam Tetee C. Karneh explained that the donation is a result of the high level of integrity, honesty, and sincerity displayed by Tolue, ordinary motorcyclists from a very poor background.

Large Canvas Storage Bin

$69.95

BUY NOW

"On behalf of the Spoon Talk show Crew, the Spoon Group of Companies, my bossman Mr. Stanton Witherspoon, the CEO, and every other person that contributed toward this little token, I'm excited to present to you the sum of $10,250.00 United States Dollars," said Madam Karneh.

She explained that money was raised by followers and supporters of Spoon talk show recently and [increased] by her boss. She urged Tolue to accept the donation in good faith and to continue the good work.

On 19 October 2021, the Spoon FM flagship program "The Spoon Talk Show," raised US$5, 126 plus 150 bags of cement along with an iPhone 13 as an appreciation for Tolue's exceptional display of honesty.

The cement was generated based on Tolue's appeal to listeners and viewers when he appeared on the talk show to construct a house for his aunt as a way of appreciating her for raising him to become an honest person.

Large Canvas Storage Bin        Steeletex Round Carry Truck - 1.5 Bu
                                - Grey w/ 2" casters / Grey Vinyl        Steele Log (

Besides, Spoon Network CEO Stanton Witherspoon also pledged to double the money generated during the live broadcast.

Receiving the cash, Integrity Icon Tolue expressed excitement and happiness for the kind gesture, adding that he never thought that he could have been respected and recognized in society.

"Because of this, my friends said all the worst to me. Some of them even insult me in my face saying that I will die poor. Most of them even threatened me for returning this money that does not belong to me," explained Tolue.

"Today, I'm at this point. I just can't understand because this is like a total dream to me and God is really at work," he added.

- 
- 
- 

Canvas Elevated Truck -       Canvas Elevated Truck -
Permanent Style 3 Bu -        Removable Style 6 Bu -
Natural w/ 2" casters / Grey  Canvas w/2" Casters / 0       Corner Bag (
Vinyl / 0

$175.95                       $215.95                       $4

Meanwhile, Tolue has called on youths, particularly motorcyclists across the country to practice honesty and integrity, adding that people have too many

Case 0:23-cr-60005-RS   Document 105-1   Entered on FLSD Docket 10/29/2023   Page 42 of 47

negative views about motorcyclists that they are criminals.—*Edited by Winston W. Parley*

HOME  ›  LOCAL  ›  HEALTH

# Over US$1 Million Medical Supplies Arrive in Liberia



Published at: 12/31/2021 - 11:13  /  Updated at: 12/31/2021 - 11:14

PR

ARTICLE BY

**PRESS RELEASE**

The first two containers carrying one million dollar worth of medical supplies towards the fight against the deadly COVID 19 disease arrived in Liberia from Help Liberia with support of several partners.

The COVID 19 pandemic first entered Liberia in March of 2020. Caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the disease has claimed over 5 million lives since first being announced, with Liberia seeing nearly 300 deaths to date.

While Liberia, like countries around the world, grappled with solutions towards saving lives, Representative Naquetta Ricks and Liberian philanthropy Ebenezer Norman collaborated towards a solution through their organization Help Liberia.

With the new COVID variant Omicron now a threat across the world, Ricks hopes that this donation will go a long way in saving the lives of Liberians.

"At a time when fears of the Covid-19 Omicron variant is looming, as the World   grapples with controlling the pandemic, and a majority of  African countries remain unvaccinated due low prioritization from western nations, this donation is a huge step toward securing life saving medical supplies and equipment for the Liberian people."

Norman, speaking on behalf of Help Liberia believes the onus is on Liberians to give back.

 He said, "as our country continues to recover from the many atrocities, all of us can find small ways to give back to our country. I look forward to a better and bigger Liberia."

According to Help Liberia, they were overwhelmed by the outpouring of support towards a successful delivery of the Project.

"We are proud of this bipartisan effort," said Rick, "that includes private, public, and Non Profit Organizations who are looking out for the interest of Liberians.  Partners included The Ministry of Health, NASSCORP, National Aviation Services, Musa Bility, Senator Yonblee Karnga Lawrence, Senator Darius Dillon, Henry Costa, Stanton Witherspoon from Spoon TV, and the Alex Cummings Foundation.

Speaking on behalf of the Ministry of Health, Dr. Wilhemina Jallah said "After the Ebola and COVID-19 disasters, Liberia remains increasingly dependent on donor assistance to meet the equipment needs of the health care sector. To achieve our objectives of reducing maternal and neonatal mortality, we cannot do this alone, we must collaborate with like-minded organizations, and the private sector, to respond timely to the healthcare needs of our Country."

"In this light, Liberia has partnered with **Help Liberia Now,** a local non-profit organization, for the strengthening of our health system. This donation of much needed medical equipment and supplies will positively impact our healthcare system by assisting us to achieve our mandate to save lives," She added.

The National Social Security and Welfare Corporation (NASSCORP) responsible for the welfare of employees in both the public and private economic sectors of Liberia also supported the initiative.

 Dewitt Von Ballmoss, Director General of NASSCORP called the Project a 'noble gesture' and "As a good Corporate Social Institution, NASSCORP when asked to assist a great Institution as 'Help Liberia Now' to bring in much needed medical supplies and equipment to benefit Liberia as a whole, whole heartedly reached for the opportunity to be a part of this noble gesture. NASSCORP is happy to partner with Help Liberia Now."

Beyond the Government of Liberia, political leaders and supporters from the private sector worked together towards the successful delivery of this much-needed project.

 Alex Cummings Foundation in a statement said "We (CAF) are happy to be partnering with Help Liberia Now in providing much needed medical support to clinics and hospitals in Liberia. Within our means and areas of focus, we will partner with all well-meaning organizations that are positively impacting our country and people. Thanks to Help Liberia for this effort."

The shipment of the supplies to Liberia was also supported by the Colorado-based national  Aviation Services, a company working towards expanding across Africa.

Hassan El-Houry, the Group's CEO stated "As we expand our presence in Africa, NAS is mindful of its responsibility towards the local communities we work with. By collaborating with Project Cure and Help Liberia Now we are pleased to support the shipment and distribution of valuable medical supplies to hospitals across Liberia. Liberia is an important operation for us and this was a great opportunity to be able to give back to its people while continuing to develop its aviation industry."

For their part, the Ministry of Health has committed to receiving and working collaboratively with Help Liberia Now for effective delivery of the donations across Liberia.

 "We thankfully receive these donations and promise that they will be used to the benefit of Liberians seeking healthcare services. We thank you for your kind assistance, and look forward to working closely with **Help Liberia Now**, a trusted partner, to meet the aims and objectives of the sector," said Dr. Jallah.

Ricks and Norman's delivery plan will provide reach to all fifteen counties beginning in Montserrado and then reaching out to all other counties.

For press inquiries on Help Liberia Now, please contact Hesta Baker at (+231) 776 812 314.



---

- Jobs & Bids
- Shop
- Subscribe

## About

Liberianobserver.com is a digital product of the Liberian Observer Corporation. Our print edition, the Daily Observer newspaper, also publishes a wide range of content including politics, business, sports and entertainment on and about Liberia and beyond. Follow us on social media for all the latest news and analysis.

Contact us: liberianobserver@gmail.com







2021 © Ramsalt Media. All rights reserved

Powered by Ramsalt Media

HOME  ›  LOCAL

# Liberia: Spoon Network Identifies with Family of Sexually Abused 7-years-old



Published at: 12/20/2021 - 07:18  /  Updated at: 12/20/2021 - 07:19

LS    ARTICLE BY
**LEROY M. SONPON, III**

Spoon Group of Companies (SGC), a popular Liberian media platform and chain of businesses, has identified with Nat Bayjay, the Minister Counselor for Press and Public Affairs at the Embassy of Liberia in Abuja, Nigeria, whose 7-year-old daughter was allegedly raped.

Mr. Stanton A. Witherspoon, the Chief Executive Officer (CEO) of SGC on Friday donated US$8,000.00 (equivalent to L $1.1m) in fulfillment of commitment to assist "little Bayjay", whose condition he regarded as a critical threat to her health.

Mr. Witherspoon's commitment precipitated from a discussion on the highly-publicized Spoon Talk Show where he served as a host to Mr. Bayjay, the father of the victim.

Serving as a proxy for Mr. Witherspoon, Tetee Karneh, the General Manager of SGC, presented the cash in the amount in Monrovia at the Spoon Network's headquarters.

"We are sorry, take heart and be strong, our God is a faithful God," Tetee said."Please take this special message to her; we love her, in prayers with her that God will heal her and give rest and peace of mind."

In response, Bayjay thanked Mr. Witherspoon and his family, and the Spoon Group of Companies for the generous assistance. He also thanked patriotic Liberians who have shown concern including the Liberian media.

He stressed that by the grace of God, his daughter shall be well.

Meanwhile, the March for Justice, a leading anti-rape campaigner had threatened to launch a nationwide protest if President George M. Weah does not intervene in the reported rape of a seven-year-old girl at the Liberian Embassy in Abuja.

Speaking at a news conference on December 16, 2021, the group warned that if the Feminist-In-Chief, does not intervene in 48 hours, they will mobilize thousands of young people across Liberia for a nationwide strike.

Reading a statement on behalf of the group, Titus B. Pakalah, called for the immediate dismissal of Liberian Ambassador to Nigeria Dr. Al-Hassan Conteh for compromising the rape case of little Bayjay even when medical records proved that the minor was sexually abused.



---

- Jobs & Bids
- Shop
- Subscribe

## About

Liberianobserver.com is a digital product of the Liberian Observer Corporation. Our print edition, the Daily Observer newspaper, also publishes a wide range of content including politics, business, sports and entertainment on and about Liberia and beyond. Follow us on social media for all the latest news and analysis.

Contact us: liberianobserver@gmail.com




